Anthony E. Stilger, Plaintiff, v. Guy S. Brantingham, Defendant.— Exceptions overruled and motion for new trial denied, with costs, and judgment ordered to be entered upon the verdict, with costs. No opinion. Order to be settled on notice.

The People of the State of New York, Respondent, v. Giovanni Gangi, Appellant, Impleaded with Antonio Triforo.— Judgment and orders affirmed. No opinion.

Burns Brothers, Appellant, v. The Royal Bank of New York, Respondent.— Determination affirmed, with costs and disbursements, and judgment absolute rendered against the plaintiff upon its stipulation. No opinion.

Butler-Butler, Inc., Appellant, v. Nicholas E. Marcoglou, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Apollo Woolen Mills, Respondent, v. William Taylor Stearns, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of John J. Nestell, as Executor of and Trustee under the Last Will and Testament of Joseph B. Hart, Deceased, Appellant. Charles H. Hart and Others, Respondents. (Nos. 1, 2 and 3.) — Orders affirmed, with ten dollars costs and disbursements. No opinion.

United Metals Selling Company, Appellant, v. American Smelting and Refining Company, Respondent.— Order modified as provided in order. No opinion.

J. Van Vechten Olcott and James W. B. Rockwell, as Executors, etc., of Theodore F. Vail, Deceased, Appellants, v. Barnet Miller and Others, Impleaded with Frederick W. Kroehle, Respondent. Charles J. Kroehle, Receiver.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Conrad Milliken, as Trustee in Bankruptcy of the Standard Nitrogen Company, Appellant, v. Enrico Caruso, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, P. J., dissenting on the authority of *Southworth* v. *Morgan*, 143 App. Div. 648.)